IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. HELMICK,<br>          Plaintiff | )<br>)<br>)   2:05cv1540 |
| vs. | )   Electronic Filing<br>) |
| COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>          Defendant | )   Judge David Stewart Cercone<br>)   Magistrate Judge Amy Reynolds Hay<br>) |

## MEMORANDUM ORDER

AND NOW, this 23rd day of August, 2006, after the plaintiff, William D. Helmick, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Plaintiff (Document No. 9) is DENIED;

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Defendant (Document No. 11) is GRANTED;

IT IS FURTHER ORDERED that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits is affirmed;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                                         DAVID STEWART CERCONE
                                                                         United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Terry K. Wheeler, Esquire
56 Clinton Street
Greenville, PA 16125

Jessica Smolar
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219